## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:   FOSAMAX PRODUCTS | MDL Docket No. 1789 |
| | Case No. 1:06-md-1789 JFK-JCF |
| LIABILITY LITIGATION | |
| This document relates to: | Judge Keenan |
| *Baskette*,  07-02819 | Magistrate Judge Francis |
| _____/ | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lela M. Hollabaugh hereby enters her appearance as counsel of record in the above referenced causes of action.  All inquiries, pleadings and court documents should be filed and served upon the undersigned.

DATED: June 11, 2008

    Respectfully submitted,

    s/Lela M. Hollabaugh
    Lela M. Hollabaugh (TN BPR #14894)
    Waller Lansden Dortch & Davis, LLP
    511 Union Street, Suite 2700
    Nashville, TN  37219
    Tel: 615-244-6380 / Fax: 615-244-6804
    lela.hollabaugh@wallerlaw.com
    Counsel for Defendant, Merck & Co., Inc.

1778873.10

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 11th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic filing to all counsel on the Service List for this case.  Parties may access this filing through the Court's system.

                                          s/Lela M. Hollabaugh
                                          Lela M. Hollabaugh
                                          Waller Lansden Dortch & Davis, LLP
                                          511 Union Street, Suite 2700
                                          Nashville, TN  37219
                                          Tel: 615-244-6380 / Fax: 615-244-6804
                                          lela.hollabaugh@wallerlaw.com